SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

DAVID MOORE,

        Plaintiff,

-against-

GREENBURGH POLICE,

        Defendant.
----------------------------------------X

CIVIL

JUDGMENT

08 Civ. 2126 (KMW)

On March 3, 2008, the Court granted plaintiff sixty (60) days to file an amended complaint. As plaintiff has failed to submit the amended complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint is dismissed without prejudice. I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

**SO ORDERED.**

_____
KIMBA M. WOOD
Chief Judge

Dated: JUL 0   2008
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.